JAMES L. BUNNELL, Appellant, *v.* ELVERTON R. CHAP-
MAN, Respondent.

*Bunnell* v. *Chapman,* 175 App. Div. 855, affirmed.
(Argued April 20, 1917; decided May 8, 1917.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial
department, entered December 29, 1916, which reversed
an order of Special Term overruling a demurrer to the
complaint and sustained such demurrer in an action to
recover broker's commissions alleged to have been earned
under an employment to obtain for defendant a pur-
chaser for cartridges.   It was alleged that plaintiff pro-
cured a purchaser, that he was accepted by the defend-
ant and a formal contract in writing was entered into
between the said purchaser and defendant.   It was fur-
ther alleged that payment of commissions was to be
made as the goods sold were delivered and paid for, but
that defendant repudiated and abandoned the contract by
refusing to perform an obligation incumbent upon him
thereunder to furnish security for performance.   The
defense was that this obligation on the part of defendant,
a breach of which was alleged, was conditioned upon the
purchaser first causing to be transferred to a New York
bank the sum of $100,000 on or before noon August 3, 1915,
" to guarantee the transfer of the balance and assure final
contract," and within fifteen days after the date of the
contract " to cause to be established in a New York bank
a banker's confirmed credit," and that performance of
those conditions by the purchaser was not alleged.   The
following question was certified: " Does the com-
plaint state facts sufficient to constitute a cause of
action ?"

*Alton B. Parker* and *Eugene Frayer* for appellant.

*Leon O. Bailey* and *Huntington W. Merchant* for
respondent.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO and ANDREWS, JJ. Not sitting: POUND and MCLAUGHLIN, JJ.